S99A1007. McLEOD v. THE STATE.
(520 SE2d 692)

CARLEY, Justice.

After a jury trial, Travis Sentel McLeod was found guilty of felony murder while in the commission of an aggravated assault. The trial court entered its judgment of conviction on the jury's verdict and sentenced McLeod to life imprisonment. The trial court denied his motion for new trial, and he appeals.[1]

McLeod contends only that there was not sufficient credible evidence for the jury to find him guilty. Construed most favorably for the State, the evidence shows that McLeod and the victim were passengers in different cars. McLeod exited the car in which he was riding, and the drivers began to argue about the victim's presence in the neighborhood. Shortly after the victim left the other car, McLeod shot him, causing his death. McLeod argues that the testimony of three eyewitnesses was contradictory. However, all three eyewitnesses knew McLeod and identified him at trial as the shooter. "[I]t was for the jury to assess the credibility of the witnesses, resolve any conflicts in the evidence, and come to a determination of the facts. [Cits.]" *Hodnett v. State,* 269 Ga. 115, 116 (1) (498 SE2d 737) (1998). A rational trier of fact could have found McLeod guilty of felony murder beyond a reasonable doubt. *Jackson v. Virginia,* 443 U. S. 307 (99 SC 2781, 61 LE2d 560) (1979); *Brooks v. State,* 265 Ga. 548 (1) (458 SE2d 349) (1995).

---

[1] The murder occurred on or about July 24, 1997. The grand jury returned its indictment on September 22, 1997. The jury found McLeod guilty on March 24, 1998 and, on the same day, the trial court entered the judgment of conviction and sentence. McLeod filed his motion for new trial on April 13, 1998. He filed his notice of appeal on February 25, 1999, and the trial court denied the motion for new trial on March 11, 1999. See *Gillen v. Bostick,* 234 Ga. 308, 309 (1) (215 SE2d 676) (1975); *Livingston v. State,* 221 Ga. App. 563 (1) (472 SE2d 317) (1996). The case was docketed in this Court on April 7, 1999, and the appeal was submitted for decision on May 31, 1999.

*Judgment affirmed. All the Justices concur.*

DECIDED SEPTEMBER 13, 1999.

*Thomas J. O'Donnell, Jr.,* for appellant.

*Richard A. Malone, District Attorney, William S. Askew, Assistant District Attorney, Thurbert E. Baker, Attorney General, Paula K. Smith, Senior Assistant Attorney General, Daniel G. Ashburn, Assistant Attorney General,* for appellee.